IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HENRY, | Civil No. 3:21-cv-968 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN, FCI SCHUYLKILL, | |
| Respondent | |

### ORDER

**AND NOW**, this 25th day of March, 2022, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge